JS-6

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187176
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: sharla.cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEN CONTRERAS, | CV 07-7895 SS. |
| Plaintiff, | |
| v. | ~~[Proposed]~~ **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(b) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

///
///
///
///
///

1

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case

2  is remanded to the Commissioner of Social Security for further proceedings

3  consistent with the Stipulation for Remand and that judgment is hereby rendered

4  for the plaintiff.

5    DATE:

6

7    _____

8    SUZANNE SEGAL
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28